# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE L. EDGINTON, | Case No. ED CV 12-2195 JSL (MRW) |
| Plaintiff, | |
| vs. | JUDGMENT |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the decision of the Administrative Law Judge is AFFIRMED.  Judgment is hereby entered in favor of Defendant.

DATE: __22 Jan. 2014_____    _____
HON. J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE